UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TYRONE BROWN,**<br><br>Plaintiff,<br><br>v.<br><br>**RYAN SMITH, et al.,**<br><br>Defendants. | 2:24-CV-11662-TGB-CI<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 38)** |

This matter is before the Court on Magistrate Judge Curtis Ivy's January 2, 2025 Report and Recommendation (ECF No. 38), recommending that Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order (ECF No. 25) be denied.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*. Within the time allowed to object to the Report, Plaintiff only filed an Amended Complaint, which is not a specific objection to the Report. *See* ECF No. 40. Where, as here, neither party specifically objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–


52 (1985). The Court will, therefore, accept Judge Ivy's Report and Recommendation of January 2, 2025 as its findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Ivy's January 2, 2025 Report and Recommendation (ECF No. 38) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order (ECF No. 25) is **DENIED**.

**SO ORDERED** this 30th day of January, 2025.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge